UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, N.A., successor by merger to Wachovia Bank, National Association,<br><br>    Plaintiff,<br><br>v.<br><br>CHARTER SERVICES, INC., and ROBERT A. MARKS,<br><br>    Defendants. | Civil Action No. 11-00067-CG-M |

## ORDER AND JUDGMENT

This action is before the court on the Motion for Entry of Default Judgment (Doc. 13) filed by the plaintiff, Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association, against defendants Charter Services, Inc., and Robert A. Marks. After having reviewed the pleadings and the evidence presented by the plaintiff, the court hereby **ORDERS, ADJUDGES**, and **DECREES** as follows:

The motion is **GRANTED** and judgment is entered in favor of Wells Fargo Bank, N.A., successor by merger to Wachovia Bank, National Association, and against Charter Services, Inc., and Robert A. Marks, jointly and severally, in the amount of $525,605.77, plus pre-judgment interest at the rate of $86.81 per day beginning May 3, 2011 through and including the date of this Order and Judgment. Wachovia Bank, National Association, is also awarded applicable post-judgment interest in the amount of 0.25 percent pursuant to 28 U.S.C. § 1961.

**DONE and ORDERED** this 5th day of May, 2011.

                                                  /s/ Callie V. S. Granade
                                                UNITED STATES DISTRICT JUDGE